824 A.2d 156

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LLOYD FULLER, DEFENDANT–PETITIONER.

March 28, 2003.

Prior Report: 356 N.J.Super. 266, 812 A.2d 389.

ORDERED that the petition for certification is denied. Defendant's appeal as of right pursuant to *Rule* 2:2–1(a)(2) shall proceed in due course.

824 A.2d 156

ESSEX COUNTY BOARD OF TAXATION, PLAINTIFF–RESPONDENT, v. TOWNSHIP OF CALDWELL, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, AND DONALD SHERMAN, TAX ASSESSOR OF THE TOWNSHIP OF CALDWELL, DEFENDANTS–PETITIONERS.

May 8, 2003.

Denied.